31544. SHIVERS *v.* LIBERTY MUTUAL INSURANCE COMPANY *et al.*

DECIDED JULY 9, 1947. REHEARING DENIED JULY 14, 1947.

*Winfield P. Jones,* for plaintiff.

*Anderson, Anderson & Walker,* for defendants.

TOWNSEND, J. (After stating the foregoing facts.) There is evidence in the record to support the findings of fact by the full board.

Under the Workmen's Compensation Law, findings by the Industrial Board on issues of fact are conclusive as to those issues, if there is any evidence to sustain them. *Maryland Casualty Co.* v. *Sanders,* 182 *Ga.* 594 (supra); *Bituminous Casualty Corp.* v. *Wilbanks,* 68 *Ga. App.* 631 (supra).

The judgment of the superior court affirming the award of the Industrial Board is without error.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*